IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         Plaintiff, <br><br> v. <br><br><br> ESSA BANK & TRUST, <br><br>         Defendant. | Civil Action No. 23-cv-2065-MMB |

**UNOPPOSED MOTION TO TERMINATE CONSENT ORDER AND DISMISS WITH PREJUDICE**

Plaintiff the United States of America, by and through undersigned counsel, files this unopposed motion to provide the Court with a status update and to respectfully request termination of the Consent Order and dismissal of this case with prejudice.

The Court entered a Consent Order in this case on June 9, 2023 (ECF 6). The Consent Order states that its requirements will remain in effect for five years or longer if Defendant ESSA Bank & Trust ("ESSA") has not invested all the money in the loan subsidy fund (*id.* ¶ 49-50). The Consent Order also states that modifications may be made upon approval of the Court, by motion of any Party (*id.* ¶ 53).

In support of this Motion, the United States advises the Court that ESSA has demonstrated a commitment to remediation, and:

1.  ESSA has fully disbursed the loan subsidy fund ($2,920,000) as required by the Consent Order (*see id.* ¶ 53); and

2. ESSA is substantially in compliance with the other monetary and injunctive terms of the Consent Order.

The United States has conferred with ESSA, and ESSA does not oppose this motion.

WHEREFORE, for these reasons, the United States respectfully requests that the Court enter the attached Order terminating the Consent Order and dismissing this case with prejudice.

Respectfully submitted this 6th day of June, 2025.


DAVID METCALF
United States Attorney
Eastern District of Pennsylvania

GREGORY B. DAVID
Assistant U.S. Attorney
Chief, Civil Division




GERALD B. SULLIVAN
Assistant U.S. Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 861-8786
Fax: (215) 861-8618
gerald.sullivan@usdoj.gov

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MICHAEL E. GATES
Deputy Assistant Attorney General

CARRIE PAGNUCCO
Chief

VARDA HUSSAIN
Deputy Chief

/s/ Audrey M. Yap
AUDREY M. YAP
Trial Attorney
Housing and Civil
Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW–4CON
Washington, DC 20530
Tel: (202) 514-4713
Fax: (202) 514-1116
audrey.yap@usdoj.gov

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule of Civil Procedure 7.1(b), I certify that this Unopposed Motion to Terminate Consent Order and Dismiss with Prejudice is uncontested.

Dated: June 6, 2025

<div style="margin-left:40%">

/s/ Audrey M. Yap
AUDREY M. YAP
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice

</div>

## CERTIFICATE OF SERVICE

I certify that on June 6, 2025, a true and correct copy of the above motion was served on counsel of record in this mater via the Court's CM/ECF system, if registered.

Dated: June 6, 2025

<div style="margin-left:40%">

/s/ Audrey M. Yap
AUDREY M. YAP
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

           Plaintiff,

v.

ESSA BANK & TRUST,

           Defendant.

Civil Action No. 23-cv-2065-MMB

## [PROPOSED] ORDER TERMINATING CONSENT ORDER AND DISMSSING WITH PREJUDICE

The United States of America having moved the Court to terminate the Consent Order and dismiss this matter with prejudice, and with ESSA Bank & Trust consenting to the motion, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that with the consent of the Parties, this Consent Order in this case is **TERMINATED** and this case is **DISMISSED WITH PREJUDICE.**

Dated: June _, 2025

_____
MICHAEL M. BAYLSON
United States District Judge