UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ESSA BANK & TRUST,<br><br>*Defendant*. | Civil Action No. 23-CV-2065-MMB |

## MOTION OF ANTI-DISCRIMINATION ORGANIZATIONS FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE*

Housing Equality Center of Pennsylvania, POWER Interfaith, and National Fair Housing Alliance hereby move to participate in this matter as *amici curiae*. In support of their motion, they attached a brief, a proposed *amici curiae* brief, and a proposed order.

Movants further respectfully request oral argument on their motion, and on the United States' Unopposed Motion to Terminate Consent Order and Dismiss with Prejudice.[1]

---

[1] On June 6, 2025, counsel for Proposed Amici Curiae sought the position of the United States and ESSA Bank & Trust as to this motion. The United States stated it will oppose the motion.

1

Dated: June 9, 2025

Respectfully submitted,

By: /s/ Daniel Urevick-Ackelsberg
Daniel Urevick-Ackelsberg
Olivia Mania
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1316
dackelsberg@pubintlaw.org

Eli Segal
John S. Stapleton
STAPLETON SEGAL COCHRAN LLC
1760 Market Street, Suite 403
Philadelphia, PA 19103
(215) 561-1500
esegal@stapletonsegal.com

Attorneys for Proposed *Amici Curiae*

## CERTIFICATE OF SERVICE

I, Daniel Urevick-Ackelsberg, hereby certify that on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

Dated: June 9, 2025                             By: /s/ Daniel Urevick-Ackelsberg
                                                Daniel Urevick-Ackelsberg