# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ESSA BANK & TRUST,<br><br>*Defendant*. | Civil Action No. 23-CV-2065-MMB |

## [PROPOSED] ORDER

AND NOW, on this _____ day of _____, 2025, and in consideration of Proposed Amici's Motion for Leave to Participate as Amici Curiae, and any responses thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

The Clerk shall docket the Proposed Brief (ECF No. _____).

_____
Hon. Michael M. Baylson

1