## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA,

*Plaintiff*,

v.

ESSA BANK & TRUST,

*Defendant*.

Civil Action No.:2:23-cv-02065-MMB

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

**TO THE CLERK OF COURT**:

Please enter the appearance of Eli Segal of Stapleton Segal Cochran LLC as counsel for *Amici Curiae* Housing Equality Center of Pennsylvania, POWER Interfaith, and National Fair Housing Alliance in the above-captioned litigation.

**STAPLETON SEGAL COCHRAN LLC**

Date: June 10, 2025

By: /s/ *Eli Segal*
   Eli Segal (PA ID 205845)
   1760 Market Street, Suite 403
   Philadelphia, PA 19103
   215.402.6555
   esegal@stapletonsegal.com

*Counsel for Amici Curiae Housing Equality Center of Pennsylvania, POWER Interfaith, and National Fair Housing Alliance*