## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. ESSA BANK & TRUST, *Defendant.* | Civil Action No. 23-CV-2065-MMB |

## ORDER

**AND NOW**, on this 17th day of June, 2025, and in consideration of Proposed Amici's Motion for Leave to Participate as Amici Curiae, and any responses thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

The Clerk shall docket the Proposed Brief (ECF No. 9).

It is **FURTHER ORDERED**:

The parties shall respond to the arguments of Amici within thirty (30) days.

The Court will hear argument on July 21, 2025 at 2:00 p.m. in Courtroom 3A.

**BY THE COURT:**

/s/ Michael M> Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

1