IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>ESSA BANK & TRUST,<br><br>　　Defendant. | Civil Action No. 23-cv-2065- MMB |

## NOTICE OF APPEARANCE

Please take notice that undersigned counsel hereby enters her appearance in this matter on behalf of the United States of America.

Respectfully submitted this 11th day of July, 2025.

　　　　　　　　　　　　　　　/s/ Varda Hussain
　　　　　　　　　　　　　　　VARDA HUSSAIN
　　　　　　　　　　　　　　　Principal Deputy Chief
　　　　　　　　　　　　　　　Housing and Civil Enforcement Section
　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　U.S. Department of Justice