# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 23-cv-2065 |
| | : | |
| Plaintiff, | : | |
| | : | JURY DEMANDED |
| v. | : | |
| | : | |
| ESSA BANK & TRUST, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

To the Clerk:

Kindly enter my appearance as counsel in this matter on behalf of Defendant, ESSA Bank & Trust.

Respectfully submitted,

Dated: July 14, 2025

  /s/ Jeremy D. Mishkin
Jeremy D. Mishkin
Montgomery McCracken
 Walker & Rhoads, LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103-7505
Phone: 215-772-1500
Email: jmishkin@mmwr.com

*Attorney for Defendant*
*ESSA Bank & Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025 I caused a copy of the foregoing Entry of Appearance to be filed with the Court and served via the Court's electronic filing system.


Dated: July 14, 2025

   /s/ Jeremy D. Mishkin
Jeremy D. Mishkin
Montgomery McCracken
 Walker & Rhoads, LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103-7505
Phone: 215-772-1500
Email: jmishkin@mmwr.com

*Attorney for Defendant*
*ESSA Bank & Trust*