## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ESSA BANK & TRUST, *Defendant*. | Civil Action No. 23-CV-2065-MMB |

## ORDER

**AND NOW**, on this 14th day of July, 2025, it is hereby **ORDERED** that the Amici Parties shall be prepared to state at oral argument on July 21, 2025, whether they intend to file a motion to intervene in this case or if they know of a person of entity who is planning to file a motion to intervene in this case, and if so, be prepared to discuss details.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**