# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **ESSA BANK & TRUST,** *Defendant.* | **CIVIL ACTION** **NO. 23-2065** |

## ORDER RE: MOTION TO TERMINATE CONSENT ORDER

**AND NOW**, on this 23rd day of July, 2025, it is hereby **ORDERED** that the Motion to Terminate the Consent Order and Dismiss Action with Prejudice, ECF 8, is **DENIED.** The Consent Order, ECF 6, remains in place. The Clerk of Court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2065 USA v. ESSA Bank & Trust\23cv2065 Order on Motion to Terminate.docx